UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANSELMO ACUNA GARCIA,
aka "El Perro,"
aka "The Dog,"

Defendant.

No. CR 2:24-00369(A)-SPG-13

ORDER RE: SEVERANCE OF DEFENDANT ANSELMO ACUNA GARCIA

For the reasons set forth in the parties' Stipulation Re: Severance of Defendant Anselmo Acuna Garcia, it is HEREBY ORDERED THAT the trial of defendant ANSELMO ACUNA GARCIA ("defendant") is severed from that of the remaining defendants in this case, including defendants who have appeared in the Central District of California, are pending extradition from another country, or are presently fugitives.

Trial will remain set for October 27, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 20, 2026

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE