# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:24-cr-00369-SPG-13 Date: November 4, 2026

Present: The Honorable Sherilyn Peace Garnett, ☑ District Judge / ☐ Magistrate Judge

| Patricia Gomez | ECRO | Manena Fayos | Lyndsi Allsop |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Anselmo Acuna Garcia | Mark Windsor and Dominia Rossetti |
| ☐ Custody ☑ Bond ☐ O/R | ☐ Appointed ☑ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| | |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:** **CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.

☑ Defendant now enters a new and different plea of Guilty to Count(s) 1 and 3 of the First Superseding Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to March 3, 2027 at 10:00 a.m. for sentencing.

☑ The Court vacates the court and/or jury trial date.

☐ The pretrial conference set for ________ is off calendar as to defendant ________.

☑ Court orders:
Defendant remanded into custody. The remand order is submitted to the U.S. Marshal.

☐ Other:

: 56

Initials of Deputy Clerk PG

cc: *Probation Office*